UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv62398

JENNIPHER PEREZ,

    Plaintiff,

v.

ARS NATIONAL SERVICES INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and/or their counsel hereby give notice that the above captioned action is voluntarily dismissed with prejudice.

**Dated**: October 26, 2016

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:    954-907-1136
    Fax:      855-529-9540

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s/ Jibrael S. Hindi
     **JIBRAEL S. HINDI, ESQ.**
     Florida Bar No.: 118259
     E-mail: jibrael@jibraellaw.com
     The Law Offices of Jibrael S. Hindi
     110 SE 6th Street, Suite 1744
     Fort Lauderdale, Florida 33301
     Phone: 954-907-1136
     Fax: 855-529-9540