UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62398-CIV-DIMITROULEAS

JENNIPHER PEREZ,

    Plaintiff,

vs.

ARS NATIONAL SERVICES INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal With Prejudice [DE 10] (the "Notice"), filed herein on October 26, 2016. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 10] is hereby **APPROVED**;

2. The above-styled case is hereby **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 27th day of October, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

1